IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEROLD DESMOND FORNEY, | ) | No. C 11-2841 LHK (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| CTF DR. TRENT, et al., | ) | |
| Defendants. | ) | |

Plaintiff, a California state prisoner proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. On February 13, 2012, Defendants notified the Court that Plaintiff was paroled from incarceration as of November 27, 2011, and had failed to update his address with the Court. (Docket No. 27.) Thus, on April 9, 2012, the Court ordered Plaintiff to notify the Court of his current address, and indicate whether he intended to continue prosecuting this case. The Court warned Plaintiff that failure to comply with the order within twenty days would result in a dismissal of this case for failure to prosecute.

To date, Plaintiff has not communicated with the Court. Accordingly, this action is DISMISSED without prejudice for failure to prosecute. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: 5/10/12

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\pro-se\sj.lhk\cr.11\Forney841srvac