IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROLD DESMOND FORNEY, ) | No. C 11-2841 LHK (PR) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| CTF DR. TRENT, et al., ) | |
| Defendants. ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/11/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.11\Forney841jud.wpd